## EX PARTE LONG-LEWIS HARDWARE CO v. EWING.

(Decided June 17, 1915.)

CERTIORARI to Court of Appeals.

ESTES, JONES & WELCH, for petitioner. J. L. DRENNEN, contra.

MAYFIELD, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Long-Lewis Hardware Co. v. Ewing,* 68 South. 794.

All the Justices concur.

---

## EX PARTE McDANIEL v. THE STATE.

(Decided June 30, 1915.)

CERTIORARI to Court of Appeals.

FRANK S. ANDRESS, for petitioner. WILLIAM L. MARTIN, Attorney General, contra.

THOMAS, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *J. A. McDaniel v. The State,* 69 South. 351.

All the Justices concur.

---

## EX PARTE MERRIWEATHER v. CITY OF TUSCALOOSA.

(Decided June 30, 1915.)

CERTIORARI to Court of Appeals.

CLARKSON & MORRISETTE, for petitioner. BROWN & WARD, contra.

SAYRE, J.—Writ denied in banc to review the judgment and decision of the Court of Appeals in the case of *Lula Merriweather v. City of Tuscaloosa,* 69 South. 258.